

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 0 9 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY A. OGNITA, on behalf of himself
and other similarly situated,

          Plaintiff,

-against-

PREMIER HEALTH SERVICES, INC.,
RECREATIONAL SERVICES FOR THE
ELDERLY, INC. and HELEN SIEGER,

          Defendants.
------------------------------------------------------------X

Docket No.: 10-CV-1902
(RRM) (MDG)

**STIPULATION DISMISSING
ACTION WITH PREJUDICE**

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, the above entitled action be, and the same hereby is dismissed with prejudice as against RECREATIONAL SERVICES FOR THE ELDERLY, INC., without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

  This Stipulation may be signed by facsimile signatures and in counterparts, which shall be deemed the same as a signed original.

Dated: Islandia, New York
   January 13, 2011

BRACKEN MARGOLIN BESUNDER, LLP

_____
John P. Bracken (JB-9887)
Jeffrey D. Powell (JP-2564)
Kristen L. Ryan (KR-3821)
*Attorneys for Defendant
Recreational Services for the Elderly, Inc.*
1050 Old Nichols Road
Islandia, New York 11749
(631) 234-8585

Dated: New York, New York
   January 7, 2011

LAW OFFICE OF FELIX Q. VINLUAN

_____
Felix Q. Vinluan (FV-6788)
*Attorneys for Plaintiff*
450 Seventh Avenue, Suite 931
New York, New York 10123
(212) 643-2692

SO ORDERED
s/Roslynn Mauskopf   USDJ 2/4/11

{00098120.1}